1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MARTIN D. KATZ, Cal. Bar No. 110681
3     mkatz@sheppardmullin.com
   POLLY TOWILL, Cal. Bar No. 120420
4     ptowill@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6017
   Telephone:  310-228-3700
6  Facsimile:   310-228-3701

7  Attorneys for Defendants
   THE WALT DISNEY COMPANY;
8  AMERICAN BROADCASTING
   COMPANIES, INC.; BUENA VISTA
9  TELEVISION; VALLEYCREST
   PRODUCTIONS LTD.; and WALT DISNEY
10 WORLD CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CELADOR INTERNATIONAL LTD., a United Kingdom corporation; LUSAM MUSIC LTD., a United Kingdom corporation; and PAUL SMITH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; AMERICAN BROADCASTING COMPANIES, INC., a New York corporation; BUENA VISTA TELEVISION, a California corporation; VALLEYCREST PRODUCTIONS LTD., a California corporation; WALT DISNEY WORLD CO., a Florida corporation; and DOES 2 through 20, inclusive,<br><br>Defendants. | Case No. CV04-3541 FMC (RNBx)<br><br>**DECLARATION OF BETHANY HOLLISTER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION PURSUANT TO FEDERAL RULE 53(f) TO MODIFY THE SPECIAL DISCOVERY MASTER'S ORDER #3**<br><br>Date: March 10, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 750<br><br>Discovery Motion<br>Cut-Off: None set<br>Trial: None set<br><br>Complaint Filed: May 19, 2004<br>FAC Filed: December 10, 2004<br>SAC Filed: October 3, 2005 |

W02-WEST:1BRH1\400731766.1

DECLARATION OF BETHANY HOLLISTER

## DECLARATION OF BETHANY R. HOLLISTER

I, Bethany R. Hollister, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, attorneys of record for Defendants The Walt Disney Company, American Broadcasting Companies, Inc., Buena Vista Television, Valleycrest Productions Ltd., and Walt Disney World Co. (collectively, "Defendants").

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. This declaration is submitted in support of Defendants' Reply in Support of Their Motion Pursuant to Federal Rule 53(f) to Modify the Special Discovery Master's Order #3.

4. Attached hereto as Exhibit A is a true and correct copy of documents produced by Plaintiffs Celador International Ltd., Lusam Music Ltd., and Paul Smith, on February 27, 2008 (these documents were first produced on February 22, 2008, and were subsequently re-produced with different Bates numbers; the documents attached to this declaration are the later-produced documents).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 3, 2008, at Los Angeles, California.

BETHANY R. HOLLISTER
BETHANY R. HOLLISTER

W02-WEST:1BRH1\400731766.1

-1-

DECLARATION OF BETHANY HOLLISTER