ORIGINAL

1

2



REDACTED VERDICt
FORM AS TO FOREPERSON
SIGNATURE DELETION

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

| | |
|---|---|
| 11   CELADOR INTERNATIONAL LTD., a United Kingdom corporation; LUSAM MUSIC LTD., a United Kingdom corporation; and PAUL SMITH, an individual, | Case No. CV 04-3541 VAP (RNBx) **SPECIAL VERDICTS** |

11      CELADOR INTERNATIONAL LTD.,
        a United Kingdom corporation;
12      LUSAM MUSIC LTD., a United
        Kingdom corporation; and PAUL
13      SMITH, an individual,

                                            Case No. CV 04-3541 VAP (RNBx)

                                            **SPECIAL VERDICTS**

14                  Plaintiffs,

15          v.

16      THE WALT DISNEY COMPANY, a
        Delaware corporation; AMERICAN
17      BROADCASTING COMPANIES,
        INC., a New York corporation; BUENA
18      VISTA TELEVISION, a California
        corporation; VALLEYCREST
19      PRODUCTIONS LTD., a California
        corporation; WALT DISNEY WORLD
20      CO., a Florida corporation; and DOES 2
        through 20, inclusive,

21

22                  Defendants.

23

24

25          WE THE JURY in the above-entitled action find the following Special

26   Verdicts on the questions submitted to us:

27

28

1

2

## VERDICT FORM NO. 1

3

## PROPER PARTY

4

5    1.    Did Celador Productions enter into the Rights Agreement as the agent for
     Celador International?
6
                    ___X___Yes                    _____No
7

8    If you answer "Yes" to Question No. 1, then go on to the verdict forms below.  If
     you answer "No" to Question No. 1, then sign and date this verdict form and return
9    your verdict to the Clerk of the Court (and do not go on to the verdict forms
10   below).

11

     Signed: __REDACTED_____
12
             Presiding Juror
13
     Dated: __7-7- 20/0_____
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## VERDICT FORM NO. 2

## CONTRACT INTERPRETATION

1.   Does the phrase "Pilot and/or Series" as used in Paragraphs 2, 3 and 4 of Exhibit "B" exclude merchandising rights and expenses?

         X   Yes                              No

Please answer the next question.

2.   Are BVT/Valleycrest entitled to deduct merchandising distribution expenses under Paragraph 2 in Exhibit B to the Rights Agreement (as modified by Paragraph 3(B)(3)(vi) of the main text of the Rights Agreement), when read in conjunction with the definition of "Defined Receipts" in Exhibit B and the "separate pot" language contained in the main text of the Rights Agreement at Paragraph 3.B.(3)(i)?

         Yes                      X   No

Please answer the next question.

3.   Does Paragraph 3(B)(1) [Contingent Compensation] of the Rights Agreement entitle Plaintiff to receive "fifty percent (50%) of one hundred percent (100%) of the Defined Contingent Compensation (as defined according to ABC/BVT's standard definition as set forth in Exhibit "B")" derived by American Broadcasting Companies, Inc., Buena Vista Television (and Valleycrest Productions, Inc. as an assignee) from the exploitation of any Pilot and Series?

         X   Yes                              No

Please answer the next question.

4.     As to the advance calculation, does Paragraph 3(B)(2) [Contingent Compensation] of the Rights Agreement entitle Plaintiff to receive "twenty five percent (25%) of one hundred percent (100%) of the Adjusted Defined Receipts ("ADR") (which term, as used herein, shall be defined according to ABC/BVT's standard definition of Adjusted Defined Receipts as set forth below)" derived by American Broadcasting Companies, Inc., Buena Vista Television (and Valleycrest Productions, Inc. as an assignee) from the exploitation of the Series.

___X___ Yes                    _____No

Please answer the next question.

5.     Does the phrase "all sums actually received by or credited to BVT" in Exhibit "B" following numbered Paragraph 5 include revenues from affiliated companies?

___X___ Yes                    _____No

Signed: _REDACTED_____

Presiding Juror

Dated: __7-7-2010_____

Go on to the next verdict form.

- 4 -

## VERDICT FORM NO. 3

### Breach Of Contract

### (American Broadcasting Companies, Inc.)

We answer the questions submitted to us as follows:

1.   Did Celador Productions, Celador International, Ltd. and American Broadcasting Companies, Inc. enter into a contract [the Rights Agreement]?

      __X__Yes                    _____No

If your answer to question 1 is yes, then answer question 2.  If you answered no, have the presiding juror sign and date this form.

2.   Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

      __X__Yes                    _____No

If your answer to question 2 is yes, answer question 3. If you answered no, have the presiding juror sign and date this form.

3.   Did all the conditions occur that were required for American Broadcasting Companies, Inc.'s performance?

      __X__Yes                    _____No

If your answer to question 3 is yes, then answer question 4.  If you answered no, have the presiding juror sign and date this form.

4.    Did American Broadcasting Companies, Inc. fail to do something that the contract required it to do?

      X    Yes                        No

If your answer to question 4 is yes, then answer question 5.  If you answered no, have the presiding juror sign and date this form.


5.    Was Celador International, Ltd. harmed by that failure?

      X    Yes                        No


Signed: REDACTED

Presiding Juror

Dated: 7-7-2010


Go on to the next verdict form.

- 6 -

# VERDICT FORM NO. 4

## Breach Of Contract

## (Buena Vista Television)

We answer the questions submitted to us as follows:

1.     Did Celador Productions, Celador International, Ltd. and Buena Vista Television enter into a contract [the Rights Agreement]?

    __X__ Yes                  _____No

If your answer to question 1 is yes, then answer question 2.  If you answered no, have the presiding juror sign and date this form.

2.     Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

    __X__ Yes                   _____No

If your answer to question 2 is yes, then answer question 3.  If you answered no, have the presiding juror sign and date this form.

3.     Did all the conditions occur that were required for Buena Vista Television's performance?

    __X__ Yes                   _____No

If your answer to question 3 is yes, then answer question 4.  If you answered no, have the presiding juror sign and date this form.

4.    Did Buena Vista Television fail to do something that the contract required it to do?

_____ ✗ _____ Yes            _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, have the presiding juror sign and date this form.

5.    Was Celador International , Ltd. harmed by that failure?

_____ ✗ _____ Yes            _____ No

Signed _REDACTED_____

Presiding Juror

Dated: ___7-7-2010___

Go on to the next verdict form.

# VERDICT FORM NO. 5

## Breach Of Contract

## (Valleycrest Productions Ltd.)

We answer the questions submitted to us as follows:

1.      Did Buena Vista Television assign some or all of its obligations under the Rights Agreement to Valleycrest Productions Ltd.?

   __X__Yes                 _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, have the presiding juror sign and date this form.

2.      Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

   __X__Yes                 _____No

If your answer to question 2 is yes, then answer question 3. If you answered no, have the presiding juror sign and date this form.

3.      Did all the conditions occur that were required for Valleycrest Production Ltd.'s performance?

   __X__Yes                 _____No

If your answer to question 3 is yes, then answer question 4. If you answered no, have the presiding juror sign and date this form.

4.    Did Valleycrest Productions Ltd. fail to perform the obligations of the Rights Agreement that it was required to perform?

    __X__ Yes                    _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, have the presiding juror sign and date this form.

5.    Was Celador International, Ltd. harmed by that failure?

    __X__ Yes                    _____ No

Signed: __REDACTED__
        Presiding Juror
Dated: __7-7-2010__

Go on to the next verdict form.

- 10 -

# VERDICT FORM NO. 6

## Breach of the Implied Covenant of Good Faith and Fair Dealing

## (American Broadcasting Companies, Inc.)

We answer the questions submitted to us as follows:

1.      Did Celador Productions, Celador International, Ltd. and American Broadcasting Companies, Inc. enter into a contract [the Rights Agreement]?

＿＿X＿＿Yes                    ＿＿＿＿＿＿No

If your answer to question 1 is yes, then answer question 2.  If you answered no, have the presiding juror sign and date this form.

2.      Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

＿＿X＿＿Yes                    ＿＿＿＿＿＿No

If your answer to question 2 is yes, answer question 3.  If you answered no, have the presiding juror sign and date this form.

3.      Did all the conditions occur that were required for American Broadcasting Companies, Inc.'s performance?

＿＿X＿＿Yes                    ＿＿＿＿＿＿No

If your answer to question 3 is yes, then answer question 4. If you answered no, have the presiding juror sign and date this form.

- 11 -

4.     Did American Broadcasting Companies, Inc. unfairly interfere with Celador International's right to receive the benefits of the contract?

_____X_____ Yes                         _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no to this question, have the presiding juror date and sign this form.

5.     Was Celador International, Ltd. harmed by that failure?

_____X_____ Yes                         _____ No

Signed: REDACTED

         Presiding Juror

Dated: 7-7-2010

Go on to the next verdict form.

# VERDICT FORM NO. 7

## Breach of the Implied Covenant of Good Faith and Fair Dealing

## (Buena Vista Television)

We answer the questions submitted to us as follows:

1.     Did Celador Productions, Celador International, Ltd. and Buena Vista Television enter into a contract [the Rights Agreement]?

____X____Yes                    _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, have the presiding juror sign and date this form.

2.     Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

____X____Yes                    _____No

If your answer to question 2 is yes, answer question 3. If you answered no, have the presiding juror sign and date this form.

3.     Did all the conditions occur that were required for Buena Vista Television's performance?

____X____Yes                    _____No

If your answer to question 3 is yes, then answer question 4. If you answered no, have the presiding juror sign and date this form.

- 13 -

4.      Did Buena Vista Television unfairly interfere with Celador International's right to receive the benefits of the contract?

_____ X _____Yes                          _____No

If your answer to question 4 is yes, then answer question 5.  If you answered no, have the presiding juror sign and date this form.

5.      Was Celador International, Ltd. harmed by that failure?

_____ X _____Yes                          _____No

Signed: REDACTED

Presiding Juror

Dated: 7-7-2010

Go on to the next verdict form.

- 14 -

## VERDICT FORM NO. 8

## Breach of the Implied Covenant of Good Faith and Fair Dealing

## (Valleycrest Productions Ltd.)

We answer the questions submitted to us as follows:

1.      Did Buena Vista Television assign some or all of its obligations under the Rights Agreement to Valleycrest Productions Ltd.?

___X___ Yes          _____No

If your answer to question 1 is yes, then answer question 2.  If you answered no, have the presiding juror sign and date this form.

2.      Did Celador Productions and Celador International, Ltd. do all, or substantially all, of the significant things that the contract required them to do?

___X___ Yes          _____No

If your answer to question 2 is yes, answer question 3.  If you answered no, have the presiding juror sign and date this form.

3.      Did all the conditions occur that were required for Valleycrest Productions Ltd.'s performance?

___X___ Yes          _____No

If your answer to question 3 is yes, then answer question 4.  If you answered no, have the presiding juror sign and date this form.

4.      Did Valleycrest Productions Ltd. unfairly interfere with Celador International's right to receive benefits of the contract?

_____X_____Yes                          _____No

If your answer to question 4 is yes, then answer question 5.  If you answered no, have the presiding juror sign and date this form.

5.      Was Celador International, Ltd. harmed by that failure?

_____X_____Yes                          _____No

Signed: REDACTED

Presiding Juror

Dated: 7-7-2010

Go on to the next verdict form.

- 16 -

# VERDICT FORM NO. 9

## WAIVER

1.  Did Celador International, Ltd. waive its right to assert its Network License Claim?

_____Yes        X No

Signed: REDACTED

Presiding Juror

Dated: 7-7-2010

Go on to the next verdict form.

- 17 -

# VERDICT FORM NO. 10

## Damages and Audit Adjustments

If you answered "yes" to Question No. 5 on one or more of Verdict Form Nos. 3, 4, 5, 6, 7 or 8, then answer Question Nos. 1, 2 and 3 below.  However, you should not answer these Question Nos. 1(a) and 3(a), regarding the Network License Claim, if you answered "yes" to Question No. 1 on Verdict Form No. 9.

If you did not answer "yes" to Question No. 5 on one or more of Verdict Form Nos. 3, 4, 5, 6, 7 or 8, then answer only Question Nos. 2 and 3 below.

1.    What are Celador International, Ltd.'s damages?

   (a)   Network License Claim       $ 260,238,024.00

   (b)   The Merchandising Claim      $ 9,193,774.00

2.    Should certain audit adjustments be made to Profit Participation Statement #2 (Exhibit "4").

    __X__ Yes        _____ No

If your answer to question 2 is yes, then answer question 3.  If you answered no, have the presiding juror sign and date this form.

3.    If certain audit adjustments should be made to Profit Participation Statement #2 (Exhibit "4"), what is the amount of the adjustments that should be made?

   (a)   Network License        $ 2,882,848.00

   (b)   Merchandising          $ 217,197.00

Signed:  REDACTED

Presiding Juror

Dated:  7-7-2010

If you have completed all of the questions on the verdict forms provided to you, return your verdict to the Clerk of the Court.

- 18 -