1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11
12

| CELADOR INTERNATIONAL LTD., et al., | Case No.  CV04-3541 VAP (RNBx) |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE MODIFICATION OR AMENDMENT OF THE JUDGMENT DATED AUGUST 27, 2010  (ENTERED AUGUST 31, 2010) WITH RESPECT TO PREJUDGMENT INTEREST |
| v. | |
| THE WALT DISNEY COMPANY, et al., | |
| Defendants. | |

**IT IS ORDERED, ADJUDGED AND DECREED:**

1.      Pursuant to the parties' Stipulation, this Court awards a total of $50 million in prejudgment interest ("the Prejudgment Interest Award") to Celador International and against ABC, BVT and Valleycrest on the damages set forth in the jury's July 7, 2010 verdict [Docket No. 667] in favor of Celador International and against ABC, BVT and Valleycrest in the amount of $269,431,798 (the "Damages").

2.      In Paragraph 8, page 23 of the Judgment dated August 27, 2010 (the "Judgment") [Docket No. 680], which was entered on August 31, 2010, the Court awarded Celador International the Damages in the amount of $269,431,789.  The Court directs the Clerk to prepare a modified or amended Judgment to award Celador International (against ABC, BVT and Valleycrest): (a) the Damages in the corrected amount of $269,431,798; and (b) the Prejudgment Interest Award (in the amount of $50 million, which is in addition to the Damages specified in subparagraph (a) of this Paragraph 2).

3.      In the event that all or some portion of the Damages are reversed, vacated or reduced as a result of post-trial motions or appeal, or following review by the United States Supreme Court, the Prejudgment Interest Award shall be reversed, vacated or reduced in a corresponding pro rata percentage and this Court shall modify the Prejudgment Interest Award and amend the Judgment in accordance with the parties' Stipulation and this Order.

4.      The parties' Stipulation and this Order are not intended to adversely affect either (a) ABC's, BVT's and/or Valleycrest's rights to challenge the Damages by way of post-trial motions or appeal, or review by the United States Supreme Court; (b) any party's rights to challenge any other portion of the Judgment other than the Prejudgment Interest Award (except as permitted herein in Paragraph 5 below) by way of post-trial motions or appeal, or review by the United States Supreme Court; or (c) any party's rights to oppose any challenge described in

-1-

1    (a) or (b) above.

2        5.    The parties will not challenge in this Court, and they waive their

3    appellate rights relating to, Celador International's entitlement to prejudgment

4    interest and the Prejudgment Interest Award provided that:  (a) the Judgment is

5    modified or amended to include the Prejudgment Interest Award in accordance with

6    their Stipulation and this Order; and (b) as a result of post-trial motions, appeal, or

7    review by the United States Supreme Court, any subsequent modification of the

8    Prejudgment Interest Award is in accordance with the parties' Stipulation and this

9    Order (notwithstanding the foregoing, Celador International, ABC, BVT and

10   Valleycrest retain their respective rights to enforce their Stipulation and this Order

11   in connection with any modification or amendment of the Judgment and any

12   subsequent modification of the Prejudgment Interest Award to the extent that any

13   such modification or amendment is inconsistent with their Stipulation or this

14   Order).

15

16   Dated:  Sept. 24 2010

17                                                 Virginia A. Phillips, Judge
                                                   United States District Court
18

19

20

21

22

23

24

25

26

27

28